NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GOPRO, INC.,**
*Appellant,*

**v.**

**CONTOUR IP HOLDING LLC,**
*Appellee.*

---

2017-1894, 2017-1936

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01078, IPR2015-01080.

---

**ON PETITION FOR REHEARING EN BANC**

---

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, HUGHES, and STOLL, *Circuit Judges.*

PER CURIAM.

## O R D E R

Appellee Contour IP Holding LLC filed a combined petition for rehearing and rehearing en banc. A response

to the petition was invited by the court and filed by appellant GoPro, Inc. The petition was first referred to the panel that heard the appeal. The panel denied the petition except as described in the accompanying panel order.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The petition for rehearing en banc is denied.

(2) The mandate of this court will issue on December 10, 2018.

FOR THE COURT

November 1, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court